IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Carmella Sholders, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   3:09-CV-0824-WDS-CJP |
| | ) | |
| Erica L. Brachfeld, P.C., d/b/a Law Offices of Brachfeld & Associates, a California professional corporation, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The parties having entered into a settlement agreement and Plaintiff having filed a stipulation to dismiss this action, the stipulation of dismissal is hereby approved and this action is dismissed with prejudice.

Dated: February 11, 2010

        ENTERED:

        s/ WILLIAM D. STIEHL
        United States District Judge